UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG M. KELLISON, et al.,<br><br>Defendants. | No. 2:18-cv-2257 CKD P<br><br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has not paid the filing fee for this action which is $400.[1] Good cause appearing, plaintiff will be given leave to pay the filing fee.

/////
/////
/////
/////
/////

---

[1] Plaintiff is not permitted to proceed in forma pauperis because he has "struck out" pursuant to Title 28 U.S.C. § 1915(g), Bonilla v. Lively, 4:11-cv-3180 CW (N.D. Cal. Oct. 25, 2011), and he does not allege he is under "imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 14 days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within 14 days will result in dismissal.

Dated: August 27, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni2257.k